# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES FINK, | : | No. 113 EM 2015 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Petition to Amend are **DENIED**.